**MyRollins.com**

BHPC, LLC.
2170 Piedmont Road NE
Atlanta, GA 30324

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/19/2023 |
| Period End Date | 02/25/2023 |
| Pay Date | 03/03/2023 |
| Document | 1422288 |
| **Net Pay** | **$829.11** |

## Pay Details

**Brian J. Thompson**
104 Edgewater Dr
Eatonton, GA 31204
USA

| | | | |
|---|---|---|---|
| Employee Number | 006984483 | Pay Group | WK Orkin NY |
| SSN | XXX-XX-XXXX | Tax Location | BHPC Greensboro |
| Job | Pest Control Tech | Division | BHP - BHPC |
| Pay Rate | $13.2500 | Region | BHP - BHPC |
| Pay Frequency | Weekly | BusUnit/Dept | 96080 - BHPC Greensboro |
| | | Service Line | 2 - Residential PC |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular-Hourly | 35.5000 | $13.2500 | $470.38 | $4,511.63 |
| OT Reg 1.0 | 0.0000 | $0.0000 | $0.00 | $377.62 |
| Overtime Premiu | 0.0000 | $0.0000 | $0.00 | $342.69 |
| Vacation Pay | 8.0000 | $13.2500 | $106.00 | $212.00 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $212.00 |
| PC Serv Rein | | | $464.00 | $4,040.00 |
| TC Serv Rein | | | $12.00 | $60.00 |

Total Hours Worked  35.5000     Total Hours  43.5000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Pre-Tax | Yes | $31.57 | $292.67 | $0.00 | $0.00 |
| Dental | Yes | $4.90 | $44.10 | $0.00 | $0.00 |
| Vision | Yes | $2.60 | $23.40 | $0.00 | $0.00 |
| VTL Employee | No | $7.07 | $63.63 | $0.00 | $0.00 |
| 401k Match | No | $0.00 | $0.00 | $31.57 | $292.67 |
| Basic Life | No | $0.00 | $0.00 | $1.03 | $9.27 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $49.21 | $437.26 |
| Employee Medicare | $15.15 | $140.48 |
| Social Security Employee Tax | $64.78 | $600.68 |
| GA State Income Tax | $47.99 | $437.50 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Floating Holida | 0.0000 | 0.0000 | 32.0000 |
| Sick pay | 0.0000 | 0.0000 | 40.0000 |
| Vacation | 0.0000 | 0.0000 | 80.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx3074 | Checking | $829.11 |
| Total | | $829.11 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,052.38 | $1,013.31 | $177.13 | $46.14 | **$829.11** |
| YTD | $9,755.94 | $9,395.77 | $1,615.92 | $423.80 | $7,716.22 |

**MyRollins.com**

BHPC, LLC.
2170 Piedmont Road NE
Atlanta, GA 30324

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/26/2023 |
| Period End Date | 03/04/2023 |
| Pay Date | 03/10/2023 |
| Document | 1427729 |
| **Net Pay** | **$787.62** |

## Pay Details

**Brian J. Thompson**
104 Edgewater Dr
Eatonton, GA 31204
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 006984483 | Pay Group | WK Orkin NY |
| SSN | XXX-XX-XXXX | Tax Location | BHPC Greensboro |
| Job | Pest Control Tech | Division | BHP - BHPC |
| Pay Rate | $13.2500 | Region | BHP - BHPC |
| Pay Frequency | Weekly | BusUnit/Dept | 96080 - BHPC Greensboro |
| | | Service Line | 2 - Residential PC |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular-Hourly | 40.0000 | $13.2500 | $530.00 | $5,041.63 |
| OT Reg 1.0 | 0.0000 | $0.0000 | $0.00 | $377.62 |
| Overtime Premiu | 0.0000 | $0.0000 | $0.00 | $342.69 |
| Vacation Pay | 0.0000 | $0.0000 | $0.00 | $212.00 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $212.00 |
| PC Serv Rein | | | $366.00 | $4,406.00 |
| TC Serv Rein | | | $66.00 | $126.00 |

Total Hours Worked  40.0000      Total Hours  40.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Pre-Tax | Yes | $0.00 | $292.67 | $0.00 | $0.00 |
| Dental | Yes | $4.90 | $49.00 | $0.00 | $0.00 |
| Vision | Yes | $2.60 | $26.00 | $0.00 | $0.00 |
| VTL Employee | No | $7.07 | $70.70 | $0.00 | $0.00 |
| 401k Match | No | $0.00 | $0.00 | $0.00 | $292.67 |
| Basic Life | No | $0.00 | $0.00 | $1.03 | $10.30 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $42.18 | $479.44 |
| Employee Medicare | $13.84 | $154.32 |
| Social Security Employee Tax | $59.18 | $659.86 |
| GA State Income Tax | $44.61 | $482.11 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Floating Holida | 0.0000 | 0.0000 | 32.0000 |
| Sick pay | 0.0000 | 0.0000 | 40.0000 |
| Vacation | 0.0000 | 0.0000 | 80.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx3074 | Checking | $787.62 |
| Total | | $787.62 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $962.00 | $954.50 | $159.81 | $14.57 | **$787.62** |
| YTD | $10,717.94 | $10,350.27 | $1,775.73 | $438.37 | $8,503.84 |

**MyRollins.com**

BHPC, LLC.
2170 Piedmont Road NE
Atlanta, GA 30324

**Pay Statement**
Period Start Date  03/05/2023
Period End Date   03/11/2023
Pay Date          03/17/2023
Document          1430726

**Net Pay**        **$877.38**

## Pay Details

**Brian J. Thompson**
104 Edgewater Dr
Eatonton, GA 31204
USA

| | | | |
|---|---|---|---|
| Employee Number | 006984483 | Pay Group | WK Orkin NY |
| SSN | XXX-XX-XXXX | Tax Location | BHPC Greensboro |
| Job | Pest Control Tech | Division | BHP - BHPC |
| Pay Rate | $13.2500 | Region | BHP - BHPC |
| Pay Frequency | Weekly | BusUnit/Dept | 96080 - BHPC Greensboro |
| | | Service Line | 2 - Residential PC |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---:|---:|---:|---:|
| Regular-Hourly | 40.0000 | $13.2500 | $530.00 | $5,571.63 |
| OT Reg 1.0 | 1.0000 | $13.2500 | $13.25 | $390.87 |
| Overtime Premiu | 1.0000 | $13.0396 | $13.04 | $355.73 |
| Vacation Pay | 0.0000 | $0.0000 | $0.00 | $212.00 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $212.00 |
| PC Serv Rein | | | $424.00 | $4,830.00 |
| TC Serv Rein | | | $102.00 | $228.00 |

**Total Hours Worked** 41.0000    **Total Hours** 41.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 401K Pre-Tax | Yes | $0.00 | $292.67 | $0.00 | $0.00 |
| Dental | Yes | $4.90 | $53.90 | $0.00 | $0.00 |
| Vision | Yes | $2.60 | $28.60 | $0.00 | $0.00 |
| VTL Employee | No | $7.07 | $77.77 | $0.00 | $0.00 |
| 401k Match | No | $0.00 | $0.00 | $0.00 | $292.67 |
| Basic Life | No | $0.00 | $0.00 | $1.03 | $11.33 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $56.59 | $536.03 |
| Employee Medicare | $15.59 | $169.91 |
| Social Security Employee Tax | $66.64 | $726.50 |
| GA State Income Tax | $51.52 | $533.63 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---:|---:|---:|
| Floating Holida | 0.0000 | 0.0000 | 32.0000 |
| Sick pay | 0.0000 | 0.0000 | 40.0000 |
| Vacation | 0.0000 | 0.0000 | 80.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxxxxx3074 | Checking | $877.38 |
| Total | | $877.38 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $1,082.29 | $1,074.79 | $190.34 | $14.57 | **$877.38** |
| YTD | $11,800.23 | $11,425.06 | $1,966.07 | $452.94 | $9,381.22 |

**MyRollins.com**

BHPC, LLC.
2170 Piedmont Road NE
Atlanta, GA 30324

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/12/2023 |
| Period End Date | 03/18/2023 |
| Pay Date | 03/24/2023 |
| Document | 1442042 |
| **Net Pay** | **$806.04** |

## Pay Details

**Brian J. Thompson**
104 Edgewater Dr
Eatonton, GA 31204
USA

| | | | |
|---|---|---|---|
| Employee Number | 006984483 | Pay Group | WK Orkin NY |
| SSN | XXX-XX-XXXX | Tax Location | BHPC Greensboro |
| Job | Pest Control Tech | Division | BHP - BHPC |
| Pay Rate | $13.2500 | Region | BHP - BHPC |
| Pay Frequency | Weekly | BusUnit/Dept | 96080 - BHPC Greensboro |
| | | Service Line | 2 - Residential PC |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular-Hourly | 40.0000 | $13.2500 | $530.00 | $6,101.63 |
| OT Reg 1.0 | 0.5000 | $13.2500 | $6.62 | $397.49 |
| Overtime Premiu | 0.5000 | $12.1064 | $6.05 | $361.78 |
| Vacation Pay | 0.0000 | $0.0000 | $0.00 | $212.00 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $212.00 |
| PC Serv Rein | | | $408.00 | $5,238.00 |
| TC Serv Rein | | | $36.00 | $264.00 |

Total Hours Worked  40.5000     Total Hours  40.5000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Pre-Tax | Yes | $0.00 | $292.67 | $0.00 | $0.00 |
| Dental | Yes | $4.90 | $58.80 | $0.00 | $0.00 |
| Vision | Yes | $2.60 | $31.20 | $0.00 | $0.00 |
| VTL Employee | No | $7.07 | $84.84 | $0.00 | $0.00 |
| 401k Match | No | $0.00 | $0.00 | $0.00 | $292.67 |
| Basic Life | No | $0.00 | $0.00 | $1.03 | $12.36 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $45.12 | $581.15 |
| Employee Medicare | $14.20 | $184.11 |
| Social Security Employee Tax | $60.71 | $787.21 |
| GA State Income Tax | $46.03 | $579.66 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Floating Holida | 0.0000 | 0.0000 | 32.0000 |
| Sick pay | 0.0000 | 0.0000 | 40.0000 |
| Vacation | 0.0000 | 0.0000 | 80.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx3074 | Checking | $806.04 |
| Total | | $806.04 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $986.67 | $979.17 | $166.06 | $14.57 | **$806.04** |
| YTD | $12,786.90 | $12,404.23 | $2,132.13 | $467.51 | $10,187.26 |

**MyRollins.com**

BHPC, LLC.
2170 Piedmont Road NE
Atlanta , GA 30324

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/19/2023 |
| Period End Date | 03/25/2023 |
| Pay Date | 03/31/2023 |
| Document | 1445174 |
| **Net Pay** | **$823.03** |

## Pay Details

**Brian J. Thompson**
104 Edgewater Dr
Eatonton, GA 31204
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 006984483 | | Pay Group | WK Orkin NY |
| SSN | XXX-XX-XXXX | | Tax Location | BHPC Greensboro |
| Job | Pest Control Tech | | Division | BHP - BHPC |
| Pay Rate | $13.2500 | | Region | BHP - BHPC |
| Pay Frequency | Weekly | | BusUnit/Dept | 96080 - BHPC Greensboro |
| | | | Service Line | 2 - Residential PC |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular-Hourly | 40.0000 | $13.2500 | $530.00 | $6,631.63 |
| OT Reg 1.0 | 1.0000 | $13.2500 | $13.25 | $410.74 |
| Overtime Premiu | 1.0000 | $12.1616 | $12.16 | $373.94 |
| Vacation Pay | 0.0000 | $0.0000 | $0.00 | $212.00 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $212.00 |
| PC Serv Rein | | | $352.00 | $5,590.00 |
| TC Serv Rein | | | $102.00 | $366.00 |

Total Hours Worked  41.0000         Total Hours  41.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Pre-Tax | Yes | $0.00 | $292.67 | $0.00 | $0.00 |
| Dental | Yes | $4.90 | $63.70 | $0.00 | $0.00 |
| Vision | Yes | $2.60 | $33.80 | $0.00 | $0.00 |
| VTL Employee | No | $7.07 | $91.91 | $0.00 | $0.00 |
| 401k Match | No | $0.00 | $0.00 | $0.00 | $292.67 |
| Basic Life | No | $0.00 | $0.00 | $1.03 | $13.39 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $47.84 | $628.99 |
| Employee Medicare | $14.52 | $198.63 |
| Social Security Employee Tax | $62.12 | $849.33 |
| GA State Income Tax | $47.33 | $626.99 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Floating Holida | 0.0000 | 0.0000 | 32.0000 |
| Sick pay | 0.0000 | 0.0000 | 40.0000 |
| Vacation | 0.0000 | 0.0000 | 80.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx3074 | Checking | $823.03 |
| Total | | $823.03 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,009.41 | $1,001.91 | $171.81 | $14.57 | **$823.03** |
| YTD | $13,796.31 | $13,406.14 | $2,303.94 | $482.08 | $11,010.29 |