**United States Bankruptcy Court**
Middle District of Georgia
433 Cherry Street
P.O. Box 1957
Macon, GA 31202
4/8/23

In Re:
Brian Thompson
104 Edgewater Dr
Eatonton, GA 31024
Debtor(s)

Case Number: 23−50451−AEC

Chapter 7

### NOTICE OF REQUIREMENT TO FILE A CERTIFICATION ABOUT A COURSE IN PERSONAL FINANCIAL MANAGEMENT (Official Form 423)

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under Chapter 7 (11 U.S.C. § 727) or under Chapter 13 (11 U.S.C. § 1328(g)(1)). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification About a Financial Management Course (Official Form 423)* as described in 11 U.S.C. § 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 423 must be filed before a discharge can be entered. Chapter 7 debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 423 within 60 days after the first date set for the meeting of creditors under 11 U.S.C. § 341. Chapter 13 debtors are urged to take the course and file the certificate as soon as possible but not later than the last payment made by the debtor as required by the plan. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 423, the debtor(s) must pay the full reopening fee due for filing the motion.

*NOTE: Official Form 423 (Debtor's Certification About a Financial Management Course) must be filed in all individual Chapter 13 and Chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Fed. R. Bankr. P. 1007(b)(7). An individual debtor shall file the statement in a Chapter 11 case in which 11 U.S.C. § 1141(d)(3) applies.

Kyle George, Clerk
U.S. Bankruptcy Court

United States Bankruptcy Court

Middle District of Georgia

| | |
|---|---|
| In re: | Case No. 23-50451-AEC |
| Brian Thompson | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113G-5 | User: auto | Page 1 of 1 |
| Date Rcvd: Apr 10, 2023 | Form ID: finmgt | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

**Recip ID          Recipient Name and Address**
db            +  Brian Thompson, 104 Edgewater Dr, Eatonton, GA 31024-7244

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2023            Signature:        /s/Gustava Winters