Certificate Number: 15111-GAM-DE-037348264

Bankruptcy Case Number: 23-50451



15111-GAM-DE-037348264

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 14, 2023</u>, at <u>11:32</u> o'clock <u>PM EDT</u>, <u>Brian Thompson</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Georgia</u>.

Date:   <u>April 14, 2023</u>                 By:     /s/Rafia Yaqoob for Ryan McDonough

Name:  <u>Ryan McDonough</u>

Title:   <u>Executive Director of Education</u>