**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Brian Thompson** | Social Security number or ITIN   **xxx–xx–2082** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Georgia**

Case number:  **23–50451–AEC**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian Thompson
104 Edgewater Dr
Eatonton, GA 31024

<u>7/4/23</u>

**By the court:** /s/Austin E. Carter
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Middle District of Georgia

| In re: | Case No. 23-50451-AEC |
|---|---|
| Brian Thompson | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 113G-5 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 05, 2023 | Form ID: 318 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Thompson, 104 Edgewater Dr, Eatonton, GA 31024-7244 |
| 12506296 | | Mortgage Sol Fin/Servb, 500 S Broad St, Meriden, CT 06450-6643 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jul 05 2023 17:48:00 | Harley-Davidson Credit Corp., 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| 12506285 | | Email/Text: bankruptcy@1ffc.com | Jul 05 2023 17:48:00 | 1st Franklin Financial, 107 S Main St, Madison, GA 30650-1354 |
| 12506287 | | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 05 2023 17:53:38 | Best Egg, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 12506286 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 05 2023 17:53:38 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 12506288 | | EDI: CAPITALONE.COM | Jul 05 2023 21:26:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 12506289 | | EDI: CAPITALONE.COM | Jul 05 2023 21:26:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 12506290 | | EDI: CITICORP.COM | Jul 05 2023 21:26:00 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 12506291 | | EDI: CITICORP.COM | Jul 05 2023 21:26:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 12506293 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 05 2023 17:53:38 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 12506292 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 05 2023 17:53:39 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 12506295 | | Email/Text: bankruptcy.notices@hdfsi.com | Jul 05 2023 17:48:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 12506294 | | Email/Text: bankruptcy.notices@hdfsi.com | Jul 05 2023 17:48:00 | Harley Davidson Financial, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 12506298 | | EDI: RMSC.COM | Jul 05 2023 21:26:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 12506297 | + | EDI: RMSC.COM | Jul 05 2023 21:26:00 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |

TOTAL: 14

Case 23-50451-AEC    Doc 15    Filed 07/07/23    Entered 07/08/23 00:31:45    Desc Imaged
Certificate of Notice    Page 4 of 4

District/off: 113G-5                          User: admin                                    Page 2 of 2

Date Rcvd: Jul 05, 2023                       Form ID: 318                              Total Noticed: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 4, 2023 at the address(es) listed below:**

**Name**                      **Email Address**

Joy R. Webster
                              GA54@ecfcbis.com;trusteenotices@akin-webster.com

Kevin J. Cowart
                              on behalf of Debtor Brian Thompson kevin@freedomlawllc.com
                              stephaniestappclf@gmail.com;atty_cowart@bluestylus.com;cowartkr78497@notify.bestcase.com;Crystalreeseclf@gmail.com

U.S. Trustee - MAC
                              Ustp.region21.mc.ecf@usdoj.gov

TOTAL: 3